ACCEPTED
06-15-00083-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/26/2015 4:02:13 PM
DEBBIE AUTREY
CLERK

Appellate Docket Number:  06-15-00083-CR

Appellate Case Style: Style:  Robert Moorhead

Vs.  State of Texas

Companion Case:

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/26/2015 4:02:13 PM
DEBBIE AUTREY
Clerk

Amended/corrected statement: ☐

# DOCKETING STATEMENT (Criminal)

Appellate Court: 6th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

| I. Appellant | II. Appellant Attorney(s) |
|---|---|
| | ☒ Lead Attorney |
| First Name: Robert | First Name: Jonathan |
| Middle Name: Justin | Middle Name: Whitlock |
| Last Name: Moorhead | Last Name: Wharton |
| Suffix: | Suffix: |
| Appellant Incarcerated? ☒ Yes ☐ No | ☒ Appointed   ☐ District/County Attorney |
| Amount of Bond: | ☐ Retained   ☐ Public Defender |
| Pro Se: ◯ | Firm Name: Snow E. Bush Jr., P.C. |
| | Address 1: 420 N. Center Street |
| | Address 2: |
| | City: Longview |
| | State: Texas   Zip+4: 75601 |
| | Telephone: (903) 753-7006   ext. |
| | Fax: (903) 753-7278 |
| | Email: jonathanwharton1@sbcglobal.com |
| | SBN: 24075764 |
| | Add Another Appellant/ Attorney |

| III. Appellee | IV. Appellee Attorney(s) |
|---|---|
| First Name: | ☒ Lead Attorney |
| Middle Name: | First Name: Zan |
| Last Name: | Middle Name: Colson |
| Suffix: | Last Name: Brown |
| Appellee Incarcerated? ☐ Yes ☐ No | Suffix: |
| Amount of Bond: | ☐ Appointed ☒ District/County Attorney |
| Pro Se: ◯ | ☐ Retained ☐ Public Defender |
| | Firm Name: |
| | Address 1: 101 E. Methvin St., Suite 333 |
| | Address 2: |
| | City: Longview |
| | State: Texas    Zip+4: 75601 |
| | Telephone: (903) 236-8440    ext. |
| | Fax: (903) 236-8490 |
| | Email: Zan.Brown@co.gregg.tx.us |
| | SBN: 03205900    Add Another Appellee/ Attorney |

## V. Perfection Of Appeal, Judgment And Sentencing

Nature of Case (Subject matter or type of case): Assaultive

Type of Judgment: Bench Trial

Date trial court imposed or suspended sentence in open court or date trial court entered appealable order: April 21, 2015

Offense charged: Agg Assault w/Deadly Weapon

Date of offense: 7/21/2014

Defendant's plea: Guilty

If guilty, does defendant have the trial court's certificate to appeal?

☒ Yes ☐ No

Was the trial by: ☐ jury or ☒ non-jury?

Date notice of appeal filed in trial court: 5/20/2014

If mailed to the trial court clerk, also give the date mailed :

Punishment assessed: 15 years

Is the appeal from a pre-trial order? ☐ Yes ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule or ordinance?

☐ Yes ☒ No

## VI. Actions Extending Time To Perfect Appeal

Motion for New Trial: ☒ Yes ☐ No    If yes, date filed: 5/14/2015

Motion in Arrest of Judgment: ☐ Yes ☒ No    If yes, date filed:

Other: ☐ Yes ☐ No    If yes, date filed:

If other, please specify:

## VII. Indigency Of Party: (Attach file-stamped copy of motion and affidavit)

Motion and affidavit filed: ☐ Yes ☒ No ☐ NA    If yes, date filed:

Date of hearing:    ☒ NA

Date of order:    ☒ NA

Ruling on motion: ☐ Granted ☐ Denied ☒ NA    If granted or denied, date of ruling:

## VIII. Trial Court And Record

Court: 188th District Court

County: Gregg

Trial Court Docket Number (Cause no): 44128-A

Trial Court Judge (who tried or disposed of the case):

First Name: David

Middle Name: Scott

Last Name: Brabham

Suffix:

Address 1: 101 E. Methvin, Suite 408

Address 2:

City: Longview

State: Texas                Zip + 4: 75601

Telephone: (903) 236-2588        ext.

Fax: (903) 237-8603

Email: Dawn.Callow@co.gregg.tx.us

Clerk's Record:

Trial Court Clerk: ☒ District    ☐ County

Was clerk's record requested?    ☐ Yes  ☒ No

If yes, date requested:

If no, date it will be requested:

Were payment arrangements made with clerk?

☐ Yes  ☐ No  ☒ Indigent

---

Reporter's or Recorder's Record:

Is there a reporter's record?    ☒ Yes  ☐ No

Was reporter's record requested?    ☒ Yes  ☐ No

Was the reporter's record electronically recorded?    ☐ Yes  ☒ No

If yes, date requested: 5/20/2015

Were payment arrangements made with the court reporter/court recorder?    ☐ Yes  ☐ No  ☒ Indigent

---

☒ Court Reporter          ☐ Court Recorder
☒ Official                ☐ Substitute

First Name: Grelyn

Middle Name: P.

Last Name: Freeman

Suffix:

Address 1: 101 E. Methvin, Suite 408

Address 2:

City: Longview

State: Texas                Zip + 4: 75601

Telephone: (903) 236-2588        ext.

Fax: (903) 236-8603

Email: Grelyn.Freeman@co.gregg.tx.us

## 1X. Related Matters

List any pending or past related appeals before this or any other Texas appellate court by court, docket number, and style.

Docket Number:                                           Court:

Style:

      Vs.    State of Texas

## X. Signature

_____

Signature of counsel (or Pro Se Party)                             Date:  May 26, 2015

_____

Printed Name:                                  State Bar No: 24075764

Electronic Signature:  /s/ Jonathan Wharton          Name:  Jonathan Wharton
      (Optional)

## XI. Certificate of Service

The undersigned counsel certifies that this docketing statement has been served on the following lead counsel for all parties to the trial court's order or judgment as follows on  May 26, 2015  .

_____

Signature of counsel (or pro se party)         Electronic Signature: /s/ Jonathan Wharton
                                        (Optional)

                                    State Bar No.:  24075764

Person Served:

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:
                  (1) the date and manner of service;
                  (2) the name and address of each person served, and
                  (3) if the person served is a party's attorney, the name of the party represented by that attorney

Please enter the following for each person served:

Date Served: May 26, 2015

Manner Served: Certified Mail

First Name: Zan

Middle Name: Colson

Last Name: Brown

Suffix:

Law Firm Name: Gregg County District Attorney

Address 1: 101 E. Methvin Street, Suite 333

Address 2:

City: Longview

State Texas Zip+4: 75601

Telephone: (903) 236-8440 ext.

Fax: (903) 236-8490

Email: Zan.Brown@co.gregg.tx.us